# UNITED STATES DISTRICT COURT
## for the
### District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2024 AUG 12 PM 8: 22

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Kyle Wilson | ) Case No. 1:24-mj-00150-NRN |
| *Defendant* | ) |

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay Kyle Wilson, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2114 — Robbery of letter carrier with dangerous weapon

Date: 08/09/2024

*Issuing officer's signature*

City and state: Denver, Colorado

Magistrate Judge N. Reid Neureiter
*Printed name and title*

---

### Return

This warrant was received on (date) 08/09/2024, and the person was arrested on (date) 08/09/2024
at (city and state) CENTENNIAL, CO.

Date: 08/12/2024

*Arresting officer's signature*

BRIAN BENSON, POSTAL INSPECTOR
*Printed name and title*